DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Assistant Federal Defender
Designated Counsel for Service
MATTHEW FLEMING
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BILLY ROE YORK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-mj-00180-KJN |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| BILLY ROE YORK, | Date: October 13, 2010<br>Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Kendall J. Newman |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Linda Harter, Assistant Federal Defender, attorney for BILLY ROE YORK, that the Court continue the judgment and sentencing hearing currently set on October 13, 2010 at 10:00 a.m to October 20, 2010 at 10:00 a.m.  We also request that the deadline for briefing be amended from October 8, 2010 to October 13, 2010.

   At present, additional time is needed to research and write a memorandum that will fully inform the court on the issue in Mr. York's case.  The memorandum is necessary in order for the court to make an

1  informed decision as to the judgment and sentencing of Mr. York.  It is
2  for these reasons that the parties have agreed upon changing the date
3  for the judgment and sentencing hearing as well as the briefing
4  schedule.

6  Respectfully submitted,

8  Dated: October 8, 2010              DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ Rachelle Barbour for
                                       _____
                                       LINDA HARTER
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       BILLY ROE YORK

Dated: October 8, 2010                 BENJAMIN WAGNER
                                       United States Attorney

                                       /s/ Matthew C. Stegman
                                       _____
                                       MATTHEW C. STEGMAN
                                       Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: October 8, 2010

*[signature: Kendall J. Newman]*

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE